PENELOPE CRAGG ET AL. v. DUNN BUS CORPORATION
ET AL.

The motion by the defendants Dunn Bus Corporation and Stephen Marlin to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*Richard Gilardi,* for the appellees (defendants Dunn Bus Corporation and Stephen Marlin).

*Francis R. Sablone, Jr.,* for the appellants (plaintiffs).

The motion by the defendant Ansel Gayle to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

The motion by the defendant Ansel Gayle to dismiss the plaintiffs' amended appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*Francis A. Smith, Jr.,* for the appellee (defendant Ansel Gayle).

*Francis R. Sablone, Jr.,* for the appellants (plaintiffs).

Argued December 3—decided December 3, 1974

GARY AVEDIKIAN ET AL. v. THOMAS J. MESKILL ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Bernard F. McGovern,* assistant attorney general, for the appellees (defendants).

*Igor I. Sikorsky,* for the appellants (plaintiffs).